# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HO NGUYEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-1039-J |
| ) | |
| U.S. IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner, has filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241. The matter was referred to United States Magistrate Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B)-(C). [Doc. No. 7]. On October 7, 2025, Judge Erwin issued a Report and Recommendation recommending the Petition for Writ of Habeas Corpus be dismissed without prejudice for lack of jurisdiction. [Doc. No. 9]. Petitioner was advised of his right to object to the Report and Recommendation by October 24, 2025. Petitioner has filed no objection and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 9] and DISMISSES Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 without prejudice. A certificate of appealability is DENIED, as the Court concludes Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 31st day of October, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE