UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HO NGUYEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-1039-J |
| ) | |
| U.S. IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered in this case on this day, the Court dismisses Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 without prejudice, and a certificate of appealability is denied.

IT IS SO ORDERED this 31st day of October, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE